UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK F. DUARTE,<br><br>    Plaintiff,<br><br>    v.<br><br>ENEMOH, et al.,<br><br>    Defendants. | 1:15-cv-01246-GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 12, 2015, Plaintiff filed the complaint commencing this action, together with a copy of his prison trust account statement. However, Plaintiff did not submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Therefore, Plaintiff must either complete and submit the attached application, or pay the $400.00 filing fee for this case.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Plaintiff is not required to submit another copy of his prison trust account statement.

IT IS SO ORDERED.

   Dated:   **August 19, 2015**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE